IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC BROWN,

        Petitioner,                             No. 2:10-cv-0578 KJN P

    vs.

GARY SWARTHOUT, et al.,

        Respondent.                            ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel who has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In response to this court's order filed March 19, 2010 (Dkt. No. 3), petitioner filed an application to proceed in forma pauperis (Dkt. No. 5).  However, the declaration in support of petitioner's application is blank except for petitioner's signature and the portion relative to petitioner's prison trust account information, which was completed by an authorized agent and includes the requisite attachments.  Dkt. No. 5.  Petitioner subsequently wrote the court to inquire whether his in forma pauperis application had been received.  Dkt. No. 6.

        Petitioner is required to complete the entire declaration in support of his in forma pauperis application.  However, the trust account information that has been provided is adequate and need not be obtained a second time.

1. Accordingly, IT IS HEREBY ORDERED that:

    1. Within fourteen (14) days of the filing date of this order, plaintiff shall file a fully completed amended declaration in support of his in forma pauperis application; no further trust account information is required; and

    2. The Clerk of Court is directed to again send petitioner a copy of the in forma pauperis form used by this district.

DATED: March 31, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow0578.amd.ifp